In the Matter of the Application for an Order Requiring NEWCOMB CARLTON, President of the WESTERN UNION TELEGRAPH COMPANY, et al., Respondent, to Appear and Testify.

NASHVILLE, CHATTANOOGA AND ST. LOUIS RAILWAY et al., Appellants.

*Appeal — unanimous affirmance of order denying motion to compel attendance of witnesses — appeal therefrom, without permission, dismissed.*

*Matter of Carlton*, 199 App. Div. 917, appeal dismissed.
(Submitted February 28, 1922; decided March 14, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1921, which unanimously affirmed an order of Special Term denying a motion for an order to compel the attendance of certain witnesses under a subpoena.

*Neil P. Cullom* for appellants.
*Francis R. Stark* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.